1  **MCGUIREWOODS LLP**
   SABRINA A. BELDNER (SBN 221918)
2  E-Mail:  sbeldner@mcguirewoods.com
   1800 Century Park East, 8th Floor
3  Los Angeles, CA  90067-1501
   Telephone:  310.315.8200
4  Facsimile:  310.315.8210

5  Attorney Plaintiff
   for Imerys Minerals California, Inc.

6
   **GILBERT & SACKMAN**
7  ROBERT A. CANTORE (SBN 127462)
   E-Mail: rac@gslaw.org
8  3699 Wilshire Boulevard
   Suite 1200
9  Los Angeles, CA 90010
   Telephone: 323.938.3000 Ext. 310
10 Facsimile:  323.937.9139

11 Attorney for Defendant
   International Chemical Workers' Union/C-UFCW Local 146
12

13

14
                        UNITED STATES DISTRICT COURT
15
                       CENTRAL DISTRICT OF CALIFORNIA
16

17

18 Imerys Minerals California, Inc.,            CASE NO. 2:15-cv-4189 FFM

19         Plaintiff,
                                                **ORDER GRANTING JOINT**
20    vs.                                       **STIPULATION OF DISMISSAL OF**
                                                **ENTIRE ACTION WITH**
21 International Chemical Workers'              **PREJUDICE**
   Union/C-UFCW Local 146.
22
           Defendant.
23
   International Chemical Workers Union
24 Counsel, UFCW Local 146

25         Counterclaimant,
      vs.
26
   Imerys Minerals California, Inc.,
27
           Counterdefendant.
28

                               **[PROPOSED] ORDER**

# ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff/Counterdefendant Imerys Minerals California, Inc. ("Plaintiff") and Defendant/Counterclaimant International Chemical Workers Union Counsel, UFCW Local 146 ("Defendant") (collectively, "the Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint and Defendant's Counterclaim in the above-referenced action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: ___03/22/2016____        ___/S/ Frederick F. Mumm_____
                                HONORABLE FREDRICK F. MUMM
                                UNITED STATES MAGISTRATE JUDGE